IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM MICHAEL DEWITT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:25-CV-337-Y |
| | § | |
| CITY OF FORT WORTH, TEXAS, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day, it is the final judgment of the Court that this civil action is DISMISSED without prejudice.

SIGNED April 22, 2025.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE